UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL A. JACKSON, | ) | CASE NO.: C08-0685-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| JULIE A. SPECTOR, et al. | ) | |
| Defendants. | ) | |

The Court, has reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. # 5). Although Plaintiff Michael Jackson has not objected to the Report and Recommendation, he filed a motion (Dkt. # 6) after the issuance of the Report and Recommendation, invoking the "mandatory joinder" rule of Fed. R. Civ. P. 60(b). It appears from the court's review of the motion that Plaintiff objects to his confinement in state prison, but he does not unequivocally state that he intends to bring a petition for a writ of habeas corpus. The court therefore adopts the Report and Recommendation.

ORDER DISMISSING § 1983 ACTION
PAGE -1

01       As for the relief requested in Plaintiff's motion, it appears that he invokes Fed. R. Civ.

02 P. 60(b) as a basis for voiding the state court conviction that led to his incarceration.  Fed. R.

03 Civ. P.60(b) can be used to set aside federal court judgments only, and only under

04 circumstances not present here.  The court therefore denies Plaintiff's motion.

05       The court hereby orders as follows:

06     (1)    The court adopts the Report and Recommendation (Dkt. # 5);

07     (2)    The court DENIES Plaintiff's motion (Dkt. # 6);

08     (3)    Plaintiff's application to proceed in forma pauperis (Dkt. # 4) is DENIED and

09           the complaint and this action are DISMISSED without prejudice; and

10     (3)    The Clerk is directed to send a copy of this Order to plaintiff and to Judge

11           Theiler.

12       DATED this 24th day of June, 2008.

                                                                               /s/ Richard A. Jones

                                                        The Honorable Richard A. Jones
                                                        United States District Judge